# ALABAMA COURT OF CRIMINAL APPEALS



May 23, 2025

**CR-2024-1044**
Darryl Jevon Joyce v. State of Alabama (Appeal from Montgomery Circuit Court:
CC-02-1417.62)

## NOTICE

You are hereby notified that on May 23, 2025, the following action was taken in the above-referenced cause by the Court of Criminal Appeals:

Application for Rehearing Overruled.

D. Scott Mitchell, Clerk